JANUARY 12, 1977

No. A–560.  GILMORE v. UTAH.  Sup. Ct. Utah.  Application for stay of execution by Latter-Day Saint Freedom Foundation as *amicus curiae,* presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

JANUARY 17, 1977

No. 76–75.  GUSTE, ATTORNEY GENERAL OF LOUISIANA, ET AL. v. WEEKS ET AL.  Appeal from D. C. E. D. La.  Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 76–466.  EDWARDS ET AL. v. PRICE ET AL.  Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 76–732.  CONNOLLY DEVELOPMENT, INC., ET AL. v. SUPERIOR COURT OF CALIFORNIA, MERCED COUNTY, ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 76–5735.  SANTANA v. ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 76–721.  VITELLO v. NEW YORK.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.